UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN MUNOZ,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>Defendants. | NO. EDCV 14-320-ODW (AGR)<br><br>ORDER DISMISSING COMPLAINT |

On March 3, 2014, Plaintiff filed a civil rights complaint. On October 16, 2014, Defendants filed a motion to dismiss.

On December 15, 2014, Plaintiff filed a motion to voluntarily dismiss the complaint without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). He states that his complaint "lacks clarity and understanding of the facts." (Motion at 2.)

Fed. R. Civ. P. 41(a)(1)(A) provides that a "plaintiff may dismiss an action without a court order by filing: (I) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Subdivision (a)(1)(B) provides that "[u]nless the notice . . . states otherwise, the dismissal is without prejudice."

IT IS HEREBY ORDERED that the complaint is DISMISSED without prejudice.

DATED: 12/22/14

_____
OTIS D. WRIGHT II
United States District Judge